IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HANGEY, RONALD A.
HANGEY, MARTHA E.
DEBTOR (s)

CASE NO: 13-12611

### AFFIDAVIT OF CONFLICT

The undersigned hereby acknowledges that a conflict of interest exists, as set forth below which precludes my appointment as the interim chapter 7 trustee in the above styled and numbered case.

The undersigned is employed as the attorney for the debtor(s) in the above styled and numbered proceeding.

STEPHEN P. LIVINGSTON
ATTORNEY AT LAW
MSB # 1369

STATE OF MISSISSIPPI)
COUNTY OF UNION)

Personally appeared before me the undersigned who after being duly sworn by me states on oath that the matters, things and circumstances set forth in the above and forgoing Affidavit are true and correct as therein stated.

STEPHEN P. LIVINGSTON
ATTORNEY AT LAW
MSB # 1369

Sworn to and subscribed before me this 27th day of June, 2013.

My Commission Expires: 9-1__

NOTARY PUBLIC

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 91064 ELIZABETH RUSSOM Commission Expires Sept. 17, 2016 UNION COUNTY]